SEBASTIAN SCHMITT, Appellant, v. THE BAPTIST TEMPLE, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion

granted, with ten dollars costs, upon the ground that no special facts or circumstances are shown to exist to take the case out of the general rule that an examination is allowed only in support of the applicant's own cause of action or affirmative defense. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.